LOUISA COLEMAN et al. *v.* SIDNEY BROOKE, Adm'r, &c.

WIDOW: HER RIGHT TO PROPERTY EXEMPT FROM EXECUTION.—The widow of a person dying intestate, is entitled to all the personal estate of her deceased husband, exempt by law from execution, notwithstanding she may be the owner at the time of his death, of separate property, equal in value to her distributive share in his estate. See Art. 172, p. 469, Rev. Code.

APPEAL from the Court of Probates of Attala county. Hon. E. M. Wells, judge.

Mrs. Sidney Brooke, widow and administratrix of Jonathan Brooke, deceased, who died intestate, applied to the Probate Court of Attala county for allowance of the personal property of her deceased husband, exempt by law from execution. Commissioners were appointed by the court, who set apart to the widow all the personal property exempt by law from execution. On the coming in of the commissioners' report, the heirs and distributees of the intestate appeared and filed objections to the said report, and to its confirmation and allowance.

On the hearing of these objections, it was agreed between counsel that Mrs. Brooke was, in the lifetime of her husband and at his death, the owner of separate property, equal to what would be her distributive share of her deceased husband's estate. The objections were overruled by the court, and the commissioners' report confirmed; and thereupon this appeal was prayed and obtained.

*J. A. P. Campbell,* for appellant,
Cited Rev. Code, art. 176, p. 470 ; Id. art. 30, p. 337 ; Id. art. 172, p. 469.

*H. A. H. Lawson,* contra,
Cited Rev. Code, art. 172, p. 469 ; Id. art. 176, p. 470.

HARRIS, J., delivered the opinion of the court.
The assignment of errors in this case presents for our determi-

nation the question, whether a widow, owning "separate property at the time of her husband's death equal in value to what would be her lawful portion of her husband's real and personal estate," is entitled, under the 172d article of the 23d chapter of the new Code, p. 469, to all the personal estate of her deceased husband, which is by law exempted from sale under execution or distress?

Upon a careful examination of the various provisions of the Code, having relation to this subject, we think the widow is clearly entitled to such exempt property.

Upon the other points suggested in the brief of counsel for appellant, as to the character and duration of her estate, no question is now presented.

Let the decree be affirmed.